UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON, | Case No. 2:22-cv-00692-CDS-VCF |
| Petitioner, | ORDER |
| v. | |
| CLARK COUNTY DETENTION CENTER, | |
| Respondent. | |

Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The court dismisses this action because petitioner did not pay the $5.00 filing fee, nor did he submit an application to proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Petitioner will need to commence a *new* action with either payment of the $5.00 filing fee or filing a complete application to proceed in forma pauperis.

Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

It is therefore ordered that the clerk of the court send petitioner a blank form for an application to proceed in forma pauperis for incarcerated litigants with instructions and a blank Form AO 242, petition for a writ of habeas corpus petition pursuant to 28 U.S.C. § 2241.

It is further ordered that this action is **DISMISSED** without prejudice to petitioner's commencement of a *new* action in which he must either pay the filing fee in full or file a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a

statement of his inmate account. The clerk of the court is directed to enter judgment accordingly and close this action.

It is further ordered that a certificate of appealability is **DENIED**.

DATED this 2nd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE